### LAZARUS BARNET's Cafe.

*LAZARUS BARNET* having abfconded, feveral *foreign attachments* were iffued againft him; and, afterwards, motions were made to fet them afide refpectively, in favour of a *domeftic attachment*, which had, likewife iffued againft him. Thefe motions were all founded upon the following affidavit. " *Daniel Benezet* maketh oath that on or about *the 12th day of May* 1783, the deponent let his houfe in Second Street *Philadelphia* to a certain *Lazarus Barnet*; that the faid Lazarus Barnet has refided therein and followed the bufinefs of a Merchant or Store-keeper from that time *'till about two weeks ago,* when the faid *Lazarus* abfconded from the city, or fecreted himfelf therein, as this deponent is informed. And this deponent further faith, that the faid *Lazarus Barnet* appeared to him to be a married man, and having a family and fervants in his houfe." Sworn the 11th of *December,* 1784.

This cafe was argued on the 20th of *January* by *Sergeant* and *Levy* againft the foreign attachments; and *Wilfon* and *Ingerfol* in fupport of them. On the 27th of the fame month, THE PRESIDENT delivered the unanimous opinion of the Court.

SHIPPEN, *Prefident.*—The queftion before us, is, whether the *foreign* attachments, or the *domeftic* attachment, iffued againft *Lazarus Barnet,* fhall be eftablifhed? The arguments in fupport of the foreign attachments, are chiefly founded on the third claufe in the firft act of Affembly, which fays that " no writ of attachment fhall be granted againft any perfons effects, but fuch only as, *at the time of granting fuch writs,* are not refident, or refiding, within this province;" and on that of the fecond act, which leaves non refidents to be proceeded againft by foreign attachments, agreeably to the directions of the firft act. And it is urged, that, in the prefent cafe, it does not appear, that *Lazarus Barnet* was refident or refiding within the ftate at the time of granting the domeftic attachment, and, if he was not fo refident, he is the object of the foreign attachment law.

Our opinion on this cafe, muft be founded upon a connected view of the feveral acts of Affembly relating to attachments; and thefe are the 4 *Ann. c.* 28. the 9 *Geo.* 1. *c.* 3. and the 14 *Geo.* 3. *c.* 5.

The object in paffing the *firft* act, was to fubject the effects of abfent debtors to the payment of their debts; as it appears by the preamble, that before that time, they were not equally liable with the effects of thofe perfons who refided on the fpot. Within the provifions of that act, three forts of debtors were included:—1ft. Thofe who never refided here, or whofe actual refidence was abroad. 2d. Thofe who had refided here, and had abfconded, or otherwife removed; both of which are comprized in the general defcription of *non refidents* in the third claufe of the act; and 3d. Thofe who
were

were ftill here, but were about to remove without giving fecurity to their creditors. In the *fecond* act it is ftated, " that divers irre- " gularities and fraudulent practices had happened, to the injury " of fuch creditors as were willing to accept an equal fhare of the " effects of their debtors;" and from thefe general expreffions we are left to confider, to which of the foregoing defcriptions of debtors the preamble refers. It could not be the firft; they refiding abroad, and their effects coming here only occafionally, there was no great danger of fraudulent practices; and fo it appears by the fubfequent law ftill continuing the fame remedy againft them. With refpect, however, to the other two claffes, it was poffible for a creditor to feduce his debtor to leave the province, or to entrap him into the commiffion of fome other act, which brought him within the con- ftruction of the law, and to feize upon all his effects. The act, therefore, makes an entire new provifion with refpect to both the latter defcriptions of perfons, and confolidates the two cafes. It mentions nothing of perfons abfenting themfelves *out of the province,* nor of perfons refufing to give fecurity; but enacts, generally, that all perfons who had *abfconded* from their ufual place of abode for fix days, with defign to defraud their creditors, and not diftinguifh- ing whether *in* the province or *out* of the province; *if* they *abfcond-ed* with that defign, they were perfons whofe effects the Legiflature intended fhould be divided among their creditors. To fay that they muft be ftill remaining *in the province,* would be needlefsly reftrain- ing the generality of the words of the act, which fuggefts that fome- times they may have left the province, by the words, " and had " not *left* a clear eftate in fee fimple *within the province,* fufficient to " pay their debts."

The laft claufe of the fecond act provides, that " nothing in this " act fhall be conftrued to exempt the goods or effects of any per- " fon or perfons, *not inhabitants* of this province, from being attach- " ed according to the directions of the former act." Here appears a defigned variation from the expreffion ufed in the firft act: it does not fay perfons not refiding in the province *at the time of iffuing the attachment,* but, generally, perfons *not inhabitants of the province,* and feems exprefly meant to take in only thofe perfons firft defcribed in the former act, perfons who never refided here, or whofe actual re- fidence was in another country. A contrary conftruction would defeat the general intention of the Legiflature, as in moft cafes thofe debtors who efcape from their creditors, go out of the ftate. Nor is it material as to the policy of the act, whether he remains *in* the ftate or goes *out* of it; he has committed an act fimilar to an act of bankruptcy by abfconding with a fraudulent defign; and in that cafe, and in that only, is he the object of the fecond act.

The word "inhabitant" has a plain meaning. A perfon coming hither occafionally, as a captain of a fhip, in the courfe of trade, cannot be called an inhabitant; nor does a perfon going from his fettled habitation here, on occafional bufinefs to *Bofton,* or any other place, ceafe to be an inhabitant. But a man who comes from anoth...

U

another place to refide among us, introduces his family here, takes a houfe, engages in trade, contracts debts, and, after fome time, runs away with defign to defraud his creditors, he ought furely to be confidered fuch an inhabitant as not to be an object of the foreign attachment, but of the domeftic one, and as a perfon whofe effects fhould be feized for the benefit of all his creditors, and not of the firft creditor who fhall take out a foreign attachment, otherwife there would be few objects for this equitable law to operate upon.

Such has been the uniform conftruction of the law of attachments in *Pennfylvania* from the year 1724, to the paffing of the act of the 24 *Geo.* 3. *c.* 5, which laft act gives a legiflative fanction to the preceeding practice.

We have, therefore, no hefitation in declaring our unanimous opinion, that the foreign attachments againft *Lazarus Barnet* be diffolved.

The *foreign* attachments diffolved.